Matter of Niagara Metals, LLC v City of Buffalo Zoning Bd. of Appeals (2026 NY Slip Op 00663)

Matter of Niagara Metals, LLC v City of Buffalo Zoning Bd. of Appeals

2026 NY Slip Op 00663

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, OGDEN, NOWAK, AND DELCONTE, JJ.

37 CA 24-01765

[*1]IN THE MATTER OF NIAGARA METALS, LLC, ALSO KNOWN AS DIAMOND HURWITZ SCRAP, LLC, THOMAS FISHER, TIMOTHY W. EICK, ANDREW BANKOWSKI, IRENE ISCH, TIMOTHY AND JOYCE RODGERS AND MARSHA EICK, PETITIONERS-APPELLANTS,
vCITY OF BUFFALO ZONING BOARD OF APPEALS, ET AL., RESPONDENTS, AND AIM ERIE RECYCLING, LLC, RESPONDENT-RESPONDENT. 

PHILLIPS LYTLE LLP, BUFFALO (LINDSEY E. HAUBENREICH OF COUNSEL), FOR PETITIONERS-APPELLANTS. 
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, NEW YORK CITY (JAY COHEN OF COUNSEL), FOR RESPONDENT-RESPONDENT.
ROBERT E. QUINN, ACTING CORPORATION COUNSEL, BUFFALO (DAVID M. LEE OF COUNSEL), FOR RESPONDENTS. 

 Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Amy C. Martoche, J.), entered September 16, 2024, in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, granted in part the motion of respondent Aim Recycling Erie, LLC, to dismiss the petitions. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court